**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

NEXUS PHARMACEUTICALS, INC.,

Plaintiff,

v.

EXELA PHARMA SCIENCES, LLC,

Defendant.

C.A. No. 22-1233-GBW

## DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW

PLEASE TAKE NOTICE that Exela Pharma Sciences, LLC, by its undersigned counsel respectfully moves this Court for judgment as a matter of law of no infringement and no post-trial willful infringement of claim 7 of the '752 patent and of invalidity of claims 6 and 9 of the '369 patent and claim 1 of the '398 patent for obviousness.

This Motion is supported by Defendant's Opening Brief in Support of its Motion for Judgment as a Matter of Law, Proposed Order, arguments of counsel and all the papers and proceedings in this matter.

Dated:  October 15, 2025          FISH & RICHARDSON P.C.

By: */s/ Robert M. Oakes*        
    Robert M. Oakes (#5217)
    Douglas E. McCann (#3852)
    Gregory R. Booker (#4784)
    Grayson P. Sundermeir (#6517)
    Jonathan A. Bell (#7292)
    FISH & RICHARDSON P.C.
    222 Delaware Avenue, 17th Floor
    P.O. Box 1114
    Wilmington, DE 19801
    Tel: (302) 652-5070
    oakes@fr.com
    dmccann@fr.com
    booker@fr.com
    gsundermeir@fr.com
    jbell@fr.com

    OF COUNSEL:

    Corrin N. Drakulich (*Pro Hac Vice*)
    Christina D. Brown-Marshall (*Pro Hac Vice*)
    Dexter S. Whitley (*Pro Hac Vice*)
    Charles N. Reese (*Pro Hac Vice*)
    FISH & RICHARDSON P.C.
    1180 Peachtree St. NE, 21st Floor
    Atlanta, GA 30309
    Tel: (404) 892-5005
    drakulich@fr.com
    brown-marshall@fr.com
    whitley@fr.com
    creese@fr.com

    Deanna J. Reichel (*Pro Hac Vice*)
    Sarah E. Jack (*Pro Hac Vice*)
    Madison Murhammer Colon (*Pro Hac Vice*)
    FISH & RICHARDSON P.C.
    60 South Sixth Street, Suite 3200
    Minneapolis, MN 55402
    Tel: 612-335-5070
    reichel@fr.com
    jack@fr.com
    murhammer_colon@fr.com

2

Caroline G. Koonce (*Pro Hac Vice*)
FISH & RICHARDSON P.C.
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
koonce@fr.com

Satish Chintapalli (*Pro Hac Vice*)
CHINTAPALLI LAW FIRM PLLC
150 Wrenn Drive, #1081
Cary, NC 27511
Tel: (919) 443-5504
satish@chintapallilaw.com

**ATTORNEYS FOR DEFENDANT
EXELA PHARMA SCIENCES, LLC**