**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

NEXUS PHARMACEUTICALS, INC.,

        Plaintiff,

   v.

EXELA PHARMA SCIENCES, LLC,

        Defendant.

C.A. No. 22-1233-GBW

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR JUDGMENT AS A MATTER OF LAW**

At Wilmington this _____ day of _____, 2025, having considered Exela Pharma Sciences, LLC's ("Defendant") Motion for Judgment as a Matter of Law and any related briefing and argument;

IT IS HEREBY ORDERED that the motion of no infringement and no post-trial willful infringement of claim 7 of the '752 patent and of invalidity of claims 6 and 9 of the '369 patent and claim 1 of the '398 patent for obviousness is GRANTED.

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Gregory B. Williams
UNITED STATES DISTRICT JUDGE